# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13 CV 087

| | |
|---|---|
| KIMBERLY J. MCKINNISH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| PATRICK R. DONAHOE, Postmaster ) | |
| General, United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Gregory Hunt's Application for Admission to Practice *Pro Hac Vice* of Christopher D. Vaughn. It appearing that Christopher D. Vaughn is a member in good standing with the Georgia State Bar and will be appearing with Gregory Hunt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Gregory Hunt's Application for Admission to Practice *Pro Hac Vice* (#9) of Christopher D. Vaughn is

**GRANTED**, and that Christopher D. Vaughn is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gregory Hunt.

Signed: September 17, 2013

Dennis L. Howell
United States Magistrate Judge