IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00087-MR-DLH

| | |
|---|---|
| KIMBERLY J. McKINNISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| PATRICK R. DONAHOE, ) | |
| Postmaster General, United ) | |
| States Postal Service, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 13, 2013, the Court entered an Order directing the Plaintiff, who is proceeding *pro se*, to show cause why this case should not be dismissed for the failure to effect service on the Defendant. [Doc. 5]. On August 26, 2013, the Plaintiff filed an executed summons, indicating that the Defendant was served on July 25, 2013. [Doc. 6]. On September 5, 2013, the Defendant filed his Answer to the Plaintiff's Complaint. [Doc. 7]. As the Plaintiff has demonstrated that she effected service on the Defendant, the Show Cause Order is hereby discharged.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 5] is hereby **DISCHARGED**, and this civil action will be allowed to proceed.

**IT IS SO ORDERED.**

Signed: September 21, 2013

Martin Reidinger
United States District Judge