# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv87

| | |
|---|---|
| KIMBERLY J. MCKINNISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PATRICK R. DONAHOE, ) | |
| POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Defendant's Motion to Stay [# 15]. Defendant moves to stay these proceedings as a result of the shutdown of the operations of the Federal Government because the Department of Justice has been forced to furlough the civil Assistant United States Attorneys in this district. These furloughed attorneys will be unable to work during the shutdown, even on a voluntary basis, as a result of the Antideficiency Act. In addition, there are no funds available to proceed with discovery because the Department of Justice is unable to hire a court reporter for depositions. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 15]. The Court **STAYS** these proceedings pending the restoration of appropriations. Upon the lifting of the stay, the parties may move for an extension of the deadlines in the Pretrial Order if the government

shutdown spans a significant period of time.

Signed: October 2, 2013

Dennis L. Howell
United States Magistrate Judge