UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00087-MOC-DLH

| | | |
|---|---|---|
| **KIMBERLY J. MCKINNISH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PATRICK R. DONAHOE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the defendant's Motion for Summary Judgment. Having considered the defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar defendant's Motion for Summary Judgment (#24) for oral arguments on the next available civil hearing day in Asheville.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge